B18
Rev. 12/03

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Rebecca Heisler**
 10864 Caravelle Pl.
San Diego, CA 92124
xxx–xx–7370
*Debtor Aliases:*   Robby Lori Heisler

Case number:  04–08410–JM7
Chapter: 7
Judge James W. Meyers

**Discharge of Debtor**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:**   The debtor is granted a discharge under §727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 12/28/04

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

FORM B18 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]  A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case.  Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

  a. Debts for most taxes;
  b. Debts that are in the nature of alimony, maintenance, or support;
  c. Debts for most student loans;
  d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
  e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;
  f. Some debts which were not properly listed by the debtor;
  g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
  h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0974-3           User: admin              Page 1 of 1                Date Rcvd: Dec 28, 2004
Case: 04-08410                 Form ID: b18             Total Served: 17


The following entities were served by first class mail on Dec 30, 2004.
 db        +Rebecca Heisler,    10864 Caravelle Pl.,    San Diego, CA 92124-2047
 aty       +K. Todd Curry,    Nugent, Weinman, et al., APC,    1010 Second Ave., Suite 2200,
             San Diego, CA 92101-4911
 tr         Leslie T. Gladstone,    5580 La Jolla Boulevard, #613,    La Jolla, CA 92037-7651
 8580365   +Bernice & Zoltan Heisler,    516 Briarwood Ct.,    Altamonte Springs, FL 32714-2317
 8580366    Chase Manhattan,    P.O. Box 52064,    Phoenix, AZ 85072-2064
 8580367    Citibank Visa,    P.O. Box 6345,    The Lakes, NV 88901-6345
 8580368    Citifinancial Retail Services,     P.O. Box 8019,    South Hackensack, NJ 07606-8019
 8580370   +Dan Zeidman, Esq.,    260 E. Chase Ave., #201,    P.O. Box 1238,    El Cajon, CA 92022-1238
 8580371    Fleet Credit Card Service,    P.O. Box 15368,    Wilmington, DE 19886-5368
 8580372    Health South of San Diego,    P.O. Box 40036,    Atlanta, GA 31192-0036
 8580373   +Health South of San Diego,    P.O. Box 8725,    Santa Rosa, CA 95407-1725
 8580374    MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
 8580375   +Robert de Rose,    c/o John T. Farmer, Esq.,    402 W. Broadway, Suite 1100,
             San Diego, CA 92101-8542
 8580376   +Ross Carlson, D.O.,    4401 Manchester Ave.,    Encinitas, CA 92024-4938

The following entities were served by electronic transmission on Dec 29, 2004 and receipt of the transmission
was confirmed on:
 ust       +E-mail: ustp.region15@usdoj.gov Dec 29 2004 00:15:26      United States Trustee,
             Office of the U.S. Trustee,    402 West Broadway, Ste. 600,    San Diego, CA 92101-8511
 8580364    EDI: FIRSTUSA.COM Dec 28 2004 23:53:00      Bank One,    P.O. Box 8650,    Wilmington, DE 19899-8650
 8580369    EDI: COUNTRYWIDE.COM Dec 28 2004 23:53:00      Country Wide Home Loans,    P.O. Box 10219,
             Van Nuys, CA 91410-0219
                                                                                              TOTAL: 3


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 ust        U.S. Trustee
 ust        United Sates Trustee
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2004**          Signature:    *Joseph Speetjens*