**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on
April 18, 2005
by Clerk U.S. Bankruptcy Court
Southern District of California

In Re




                                                               Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

# ORDER

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion/Application Docket Entry No. _____

//

//

//

//

//

//

DATED: **April 15, 2005**

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
    Attorney for [ ] Movant  [ ] Respondent

**CSD 1001A**

CSD 1001A [11/15/04] (Page 2)
*ORDER (1) REOPENING CHAPTER 7 CASE, AND (2) AVOIDING*
*JUDGMENT LIEN OF ROBERT DE ROSE PURSUANT TO 11 U.S.C. § 522(F)*
DEBTOR: REBECCA HEISLER aka ROBBY LORI HEISLER                    CASE NO: 04-08410-JM7

---

      The Court having considered Debtor Rebecca Heisler's Motion For Order (1) Reopening Chapter 7 case, (2) Avoiding Judgment Lien of Robert de Rose [hereinafter, the "Motion"], which, together with the Declaration of Rebecca Heisler dated January 23, 2005 and Exhibits thereto, was filed on February 8, 2005 as Docket No. 15; the Court having considered the Notice of Motion and its accompanying Proof of Service filed on February 8, 2005 as Docket No. 14 reflecting service of such Notice as well as the Motion; the Court having considered the Supplemental Proof of Service filed on March 6, 2005 as Docket No. 17; the Court having considered the Declaration of K. Todd Curry dated April 14, 2005 filed in support of this Order on April 14, 2005 as Docket No. 20; the time within which creditors or other parties interest were required to file and serve any objections to the Motion having expired no later than March 17, 2005 (supplemental service by U.S. Mail having been effectuated on February 28, 2005 as reflected in the Supplemental Proof of Service); no opposition or other response to the Motion having been served on Debtor's counsel or filed with the Court as of April 14, 2005; notice appearing proper; and good cause appearing therefor;

      IT IS HEREBY ORDERED:

1.    The Motion is granted.

2.    The above-entitled bankruptcy case shall be and hereby is reopened.

3.    The judgment lien of Robert de Rose against the residential real property located at 10864 Caravelle Place, San Diego, California 92124 and evidenced by that certain Abstract of Judgment recorded on February 20, 2004 in the Official Records of San Diego County as Document No. 2004-0136558 shall be and hereby is avoided in its entirety, declared void, and is of no further force or effect.

*Signed by Judge James W. Meyers April 15, 2005*